UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America,
    Plaintiff

v.
                                        Case No. 11-cr-111-01-SM

Robert Anthony Johnson,
    Defendant

ORDER

Defendant Johnson's Assented to Motion to Continue the final pretrial conference and trial for 30 days is granted (document no. 8). Trial has been rescheduled for the month of October 2011. Defendant Johnson shall file a waiver of speedy trial rights not later than September 19, 2011. On the filing of such waiver, his continuance shall be effective.

.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective

preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is rescheduled for October 11, 2011 at 11:30 a.m.

Jury selection will take place on October 18, 2011 at 9:30 a.m.

SO ORDERED.

/s/ Steven J. McAuliffe
Steven J. McAuliffe
Chief Judge

September 8, 2011

cc: Liam D. Scully, Esq.
    Donald A. Feith, AUSA
    U.S. Marshal
    U.S. Probation